IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20cr128CWR-LRA

WILLIAM GLENN CHUNN,
    a/k/a/ "BIG HEAD";
AARON MATTHEW RENTFROW,
    a/k/a "Mongo";
JOHNATHON AARON REYNOLDS;
JEREMY CHAD DENNIS,
    a/k/a "JD";
DANIEL WADE HOLLER,
    a/k/a "Knucklehead."

## MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date: October 14, 2020

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By:    */s/Michael FiggsGanter*
501 East Court Street, Ste. 4.430
Jackson, MS 39201
Telephone: (601) 965-4035
Fax:   (601) 973-4480
NY Bar No. 4409595
Email: Mike.Figgsganter@usadoj.gov

DAVID L. JAFFE
Chief, Organized Crime and Gang Section

By:     */s/Lakeita F. Rox-Love*
        Lakeita F. Rox-Love
        Organized Crime and Gang Section
        U.S. Department of Justice, Criminal Division
        1301 New York Avenue, N.W.
        Washington, D.C. 20530
        Telephone: (202) 307-3345
        Fax: (202) 618-0878
        MSB No. Bar. 103871
        Email: Lakeita.Rox-Love@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I electronically filed the foregoing Motion with the Clerk of the Court using the Electronic Case Filing System (ECF), which served to send notification of this filing to counsel of record.

This the 14th day of October, 2020.

                        D. MICHAEL HURST, JR.
                        United States Attorney

By:   */s/Michael FiggsGanter*
       501 East Court Street, Ste. 4.430
       Jackson, MS 39201
       Telephone: (601) 965-4035
       Fax:   (601) 973-4480
       NY Bar No. 4409595
       Email: Mike.Figgsganter@usadoj.gov

       DAVID L. JAFFE
       Chief, Organized Crime and Gang Section

By:   */s/Lakeita F. Rox-Love*
       Lakeita F. Rox-Love
       Organized Crime and Gang Section
       U.S. Department of Justice, Criminal Division
       1301 New York Avenue, N.W.
       Washington, D.C. 20530
       Telephone: (202) 307-3345
       Fax: (202) 618-0878
       MSB No. Bar. 103871
       Email: Lakeita.Rox-Love@usdoj.gov