

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 03 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                          CAUSE NO. 3:20-CR-00128-CWR-LGI

WILLIAM GLENN CHUNN                                              DEFENDANTS
a/k/a "BIG HEAD";
AARON MATTHEW RENTFROW
a/k/a "MONGO"

## JURY VERDICT

1. As to COUNT ONE of the indictment, we, the Jury, unanimously find Defendant William Glenn Chunn:

   _____ NOT GUILTY
   __X__ GUILTY

2. As to COUNT ONE of the indictment, we, the Jury, unanimously find Defendant Aaron Matthew Rentfrow:

   _____ NOT GUILTY
   __X__ GUILTY

If you selected Guilty to question 1 and/or question 2, please answer question 3 and/or 4. If you selected Not Guilty to both questions 1 and 2, please move on to question 5.

3. As to COUNT ONE of the indictment, we, the Jury, unanimously find that Defendant William Glenn Chunn intentionally selected M.M. as the object of the offense because of the actual or perceived sexual orientation of M.M.

   _____ NO
   __X__ YES

4. As to COUNT ONE of the indictment, we, the Jury, unanimously find that Defendant Aaron Matthew Rentfrow intentionally selected M.M. as the object of the offense because of the actual or perceived sexual orientation of M.M.

   __X__ NO
   _____ YES

Please proceed to answer questions 5 and 6.

5. As to COUNT TWO of the indictment, we, the Jury, unanimously find Defendant William Glenn Chunn:

    _____ NOT GUILTY
    \_\_X\_\_ GUILTY

6. As to COUNT TWO of the indictment, we, the Jury, unanimously find Defendant Aaron Matthew Rentfrow:

    _____ NOT GUILTY
    \_\_X\_\_ GUILTY

If you selected Guilty to questions 5 and/or 6, please answer questions 7 and/or 8. If you selected Not Guilty to questions 5 and 6, please proceed to sign and date this form.

7. As to COUNT TWO of the indictment, we, the Jury, unanimously find that Defendant William Glenn Chunn intentionally selected M.M. as the object of the offense because of the actual or perceived sexual orientation of M.M.

    _____ NO
    \_\_X\_\_ YES

8. As to COUNT TWO of the indictment, we, the Jury, unanimously find that Defendant Aaron Matthew Rentfrow intentionally selected M.M. as the object of the offense because of the actual or perceived sexual orientation of M.M.

    \_\_X\_\_ NO
    _____ YES

Date: OCTOBER 3, 2022