IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | CAUSE NO. 3:20-CR-128-CWR-LGI |
| **WILLIAM GLENN CHUNN** a/k/a "BIG HEAD"; | |
| **AARON MATTHEW RENTFROW** a/k/a "Mongo"; | |
| *Defendants.* | |

# ORDER

Before the Court is the Government's *Motion to Restrict Documents*. Docket No. 287. Upon review, the motion will be granted.

On September 22, 2020 a Federal Grand Jury in the Southern District of Mississippi charged William Glenn Chunn, Aaron Matthew Rentfrow, and other co-defendants with Violent Crimes in Aid of Racketeering ("VICAR") – Assault (Count One) and VICAR – Attempted Murder (Count Two) for violent acts committed while housed at the United States Penitentiary in Yazoo City, Mississippi. Docket No. 3. The allegations in the indictment stemmed from the defendants' participation in the stabbing of an inmate for the purpose of gaining entrance to and maintaining position in the Aryan Circle, a violent white supremacist organization. The case proceeded to trial, and on October 3, 2022, the

jury returned a verdict finding Chunn and Rentfrow guilty on both counts. Docket No. 225.

In the present motion, the Government requests that the Court exercise its supervisory powers and restrict several documents (transcripts, exhibits, exhibit lists, etc.) from public access, or in the alternative, redact any personal identifiers of the victim or any cooperating witnesses. Docket No. 287. Restricting these documents, the Government says, will protect the victim's and witnesses' privacy, while also ensuring their safety and security. *Id*. That is because the Aryan Circle "utilizes websites such as ECF (and PACER) to garner information about cooperators and witnesses" for purposes of retaliation. *Id*. at 2.

The Government's arguments are well-taken. The Court finds that the safety of the victim and cooperating witnesses outweighs the public interest in complete disclosure. The nature of the crimes, the ramifications for cooperating with law enforcement, and the influence and reach of the Aryan Circle, are significant. Moreover, the complete record before the Court featured several witnesses' exceptionally detailed testimony, many of whom were personally involved with the Aryan Circle at some point in time. These facts, absent any redaction of personal information, will heighten the risk of retaliation. To balance the interests of the public in accessing this information with the compelling interest of ensuring the safety of the victim and the Government's cooperating witnesses, the Court finds the requested document restriction appropriate.

For the foregoing reasons, the Court **GRANTS** the Government's motion. The Clerk of Court shall restrict the following documents: Docket Nos. 229-31, 244, 255, and 274-85.

**SO ORDERED**, this the 1st day of May, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE